# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LINDSAY L. COOK, Defendant. | PO-25-5005 -GF-JTJ VIOLATION: E2029975 Location Code: M13 ORDER |

Based upon the United States' motion to dismiss violation E2029975 and for good cause shown,

**IT IS ORDERED** that violation E2029975 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 3rd day of February, 2025.

_____
John Johnston
United States Magistrate Judge